# Court of Appeals
# of the State of Georgia

ATLANTA,  September 30, 2016

*The Court of Appeals hereby passes the following order:*

**A17A0287.    MOHAMMED  TAHER  v.  U.S.  BANK  NATIONAL
ASSOCIATION.**

This case began as a dispossessory proceeding in magistrate court. Following a default judgment in favor of U.S. Bank National Association awarding it a writ of possession, Mohammed Taher appealed to the superior court. The superior court entered an order concluding that it lacked jurisdiction to consider Taher's appeal from the default judgment under OCGA § 15-10-41. Taher then filed this direct appeal from that order. We, however, lack jurisdiction.

"Appeals from decisions of the superior courts reviewing decisions of lower courts by certiorari or de novo proceedings shall be by application for discretionary appeal." *Bullock v. Sand*, 260 Ga. App. 874, 875 (581 SE2d 333) (2003) (punctuation omitted); see also OCGA § 5-6-35 (a) (1). Because Taher did not follow the proper procedure for requesting appellate review in this case, we lack jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,*  09/30/2016
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*